■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELWIN WILKES, Appellant. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about January 17, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.

■ KENNY MASON, Respondent, v CITY OF NEW YORK et al., Respondents, and ENVIRO & DEMO MASTERS, INC., Appellant. WGHA HARRIET TUBMAN APARTMENTS HOUSING DEVELOPMENT FUND CORP., Third-Party Plaintiff-Respondent, v ENVIRO & DEMO MASTERS, INC., Third-Party Defendant-Appellant. (And a Second Third-Party Action.) [993 NYS2d 498]—Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered September 9, 2013, which denied defendant/third-party defendant-appellant Enviro & Demo Masters, Inc.'s (Enviro) motion for summary judgment dismissing all claims and cross claims asserted against it, unanimously affirmed, without costs.

Enviro's motion for summary judgment is premature, given that the issues raised require further discovery, which has not yet been completed (*see Ross v Curtis-Palmer Hydro-Elec. Co.*, 81 NY2d 494, 506 [1993]; *Blech v West Park Presbyt. Church*, 97 AD3d 443, 443 [1st Dept 2012]). In any event, the submissions raise triable issues of fact, precluding summary judgment. Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.